**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Justin TRUJILLO, Defendant–**
**Appellant.**

**No. 15–11242**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 11, 2016.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Kathryn Dee Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Rachel Renee Seaton–Virga, Virga Law Offices, PA, Panama City, FL, for Defendant–Appellant.

Justin Trujillo, Beaumont, TX, pro se.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Rachel R. Seaton, appointed counsel for Justin Trujillo in this direct criminal ap-

peal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Trujillo's conviction and sentence are **AFFIRMED.**